HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
DAVID SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  2:22-PO-00271-CKD-1 |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE BENCH TRIAL** |
| v. | ) | DATE:   November 14, 2022 |
| DAVID SMITH | ) | TIME:    9:30 a.m. |
| Defendant. | ) | JUDGE:  CAROLYN K. DELANEY |

IT IS HEREBY STIPULATED between the parties through their respective counsel,

Alstyn Bennett, Assistant United States Attorney, and Linda C. Allison, Assistant Federal

Defender, attorney for DAVID SMITH, that the bench trial currently set for November 14, 2022

at 9:30 a.m. be continued to December 5, 2022 at 9:30 a.m.

This continuance is requested to allow the parties sufficient time to prepare for trial. By

this stipulation, the parties now jointly move to continue the trial to December 5, 2022 at 9:30

a.m.

Dated:  October 19, 2022                              Respectfully submitted,

                                                                    HEATHER E. WILLIAMS
                                                                    Federal Defender

                                                                    */s/ Linda C. Allison*
                                                                    LINDA C. ALLISON

-1-

1

2

Assistant Federal Defender
Attorney for Defendant
DAVID SMITH

3

4

Date: October 19, 2022

PHILLIP A. TALBERT
United States Attorney

5

6

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Bench Trial set for November 14, 2022 be continued to December 5, 2022 at 9:30 am. Trial Briefs, Witness and Exhibits are to be filed by November 28, 2022.

DATED: October 20, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE