IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00271-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| DAVID V. SMITH, | ) | DATE:  December 5, 2022 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss is GRANTED. The Citation issued in case number 2:22-po-00271-CKD, and the case itself, are hereby dismissed without prejudice.

It is further ordered that the bench trial scheduled on December 5, 2022, is vacated.

IT IS SO ORDERED.

Dated:  November 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE BENCH TRIAL        1                    U.S. v. DAVID V. SMITH